UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALENCIA RENA GARNER,

    Plaintiff,

v.

Case No: 6:17-cv-1455-Orl-18GJK

CENTRAL INTELLIGENCE AGENCY,
CLAYTON COUNTY POLICE
DEPARTMENT POLICE CHIEF JOSEPH
WOODALL, COMMISSIONER OF SOCIAL
SECURITY, SOCIAL SECURITY
ADMINISTRATION and MORROW POLICE
DEPARTMENT,

    Defendants.

## ORDER

This cause came on for consideration *sua sponte* on United States Magistrate Judge Gregory J. Kelly's own initiative. On August 17, 2017, the Magistrate Judge entered a Report and Recommendation (Doc. 5) recommending transfer of this case to the United States District Court for the Northern District of Georgia, Atlanta Division. (*See id.* at 2.) No timely objections were filed to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation (Doc. 5) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Clerk of Court is **DIRECTED** to immediately transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division for further proceedings.

**DONE AND ORDERED** in Orlando, Florida, this \_\_19\_\_ day of September, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Unrepresented Parties